<head>

<title>USCA1 Opinion</title>

<style type="text/css" media="screen, projection, print">

<!--

@import url(/css/dflt_styles.css);

-->

</style>

</head>

<body>

     [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
                United States Court of Appeals
                    For the First Circuit

No. 98-1165

                         UNITED STATES,

                           Appellee,

                               v.

                     LUIS LUHRING-BADILLO,

                     Plaintiff, Appellant.

          APPEAL FROM THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF PUERTO RICO

        [Hon. Daniel R. Domnguez, U.S. District Judge]

                             Before

                    Torruella, Chief Judge,
              Selya and Boudin, Circuit Judges.
                                
                                

    Luis Rafael Rivera on brief for appellant.
    Guillermo Gil, United States Attorney, Camille Velez-Rive,
Assistant United States Attorney, and Jose A. Quiles-Espinosa,
Senior Litigation Counsel, on brief for appellee.

July 27, 1998

                                

                                              Per Curiam.  Upon careful review of the briefs and
   record, we are convinced that the district court understood its
   authority to depart and that it found no grounds to do so in
   this case.  In particular, upon a thorough reading of the
   sentencing proceedings as a whole, it appears that the district
   court raised sua sponte the possibility of a departure for  
   what it termed "extraordinary acceptance of responsibility,"
   and, after discussion with counsel, decided that no departure
   was warranted under either U.S.S.G.  5K2.0 or U.S.S.G.  
   5K2.16.  See United States v. Bennett, 60 F.3d 902, 905 (1st
   Cir. 1995).  Further, we read the district court's concluding
   comments only as again rejecting the mental condition departure
   requested by defendant and as determining generally that
   defendant's case did not present any extraordinary
   circumstances warranting departure.  Such a discretionary
   determination is not subject to appellate review.  See United
   States v. Grandmaison, 77 F.3d 555, 560 (1st Cir. 1996).
             Affirmed.  See 1st Cir. Loc. R. 27.1.

</body>

</html>